**GRANTED.** THE INITITAL CASE MANAGEMENT CONFERNCE IN THIS MATTER IS RESET FOR **MAY 23, 2024 AT 9:00 A.M.**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MECHANICAL LICENSING COLLECTIVE, )<br>    Plaintiff, )<br> )<br>v. )<br> )<br>PANDORA MEDIA, LLC, )<br>    Defendant. ) | Civil Action No. 3:24-cv-00168<br>Judge Richardson/Frensley<br>Jury Demand |

**JOINT MOTION TO CONTINUE (1) INITIAL DISCLOSURES; (2) THE RULE 26(F) CONFERENCE; AND (3) THE INITIAL CASE MANAGEMENT CONFERENCE**

The parties jointly move to continue: (1) the exchange of Initial Disclosures; (2) the Rule 26(f) Conference; and (3) the Initial Case Management Conference. As grounds, the parties respectfully submit that Defendant waived service pursuant to FRCP 4(d) and accordingly its response to the Complaint is due on April 16, 2024. The Initial Case Management Conference is presently set for April 30, 2024.[1] Thus, the Rule 26(f) conference deadline is presently April 4, 2024, which is before Defendant's response to the Complaint is due.

The parties respectfully request that the deadline for the Rule 26(f) conference be May 16, 2024, and that the deadline for initial disclosures be May 30, 2024. The parties further request that the Initial Case Management Conference be continued to a date after May 16, 2024 that is convenient for the Magistrate Judge.

---

[1] (*See* DE # 5).