IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **MECHANICAL LICENSING COLLECTIVE,**<br>    Plaintiff,<br>v.<br><br>**PANDORA MEDIA, LLC,**<br>    Defendant. | Civil Action No. 3:24-cv-00168<br><br>Judge Richardson/Frensley<br><br>Jury Demand |

## ORDER GRANTING JOINT MOTION FOR MODIFICATION OF INITIAL CASE MANAGEMENT ORDER AND CONTINUANCE OF TRIAL AND PRETRIAL DEADLINES

This matter is before the Court on the Joint Motion for Modification of the Initial Case Management Order and Continuance of Trial and Pretrial Deadlines (the "Motion"). Having considered all papers filed in support of the Motion and all other pleadings and papers on file herein, and good cause appearing therefrom, the Court concludes that:

1. The Parties' request to continue trial and pretrial deadlines is **GRANTED**;

2. The undersigned recommends that the jury trial be reset for **November 6, 2025, beginning at 9:00 a.m.**

3. The Parties' requested extensions to the deadlines from the Initial Case Management Order (ECF No. 33) are **GRANTED** as follows:

| Event | Prior Deadline | New Deadline |
|---|---|---|
| Completion of Fact Discovery | November 1, 2024 | January 31, 2025 |
| Discovery Motions | November 14, 2024 | February 21, 2025 |
| Case Resolution Plan/Joint Status Reports | December 30, 2024 | March 21, 2025 |
| Expert Disclosure and Affirmative Reports | January 24, 2025 | April 24, 2025 |

| | | |
|---|---|---|
| Rebuttal Expert Reports | February 21, 2025 | May 23, 2025 |
| Expert Depositions | March 14, 2025 | June 13, 2025 |
| Dispositive Motions | April 11, 2025 (Moving)<br>May 9, 2025 (Response)<br>May 23, 2025 (Reply) | June 27, 2025 (Moving)<br>July 25, 2025 (Response)<br>August 8, 2025 (Reply) |

    4.    Except for the modifications in this Order, all other provisions of the previous Order setting this case for trial (ECF No. 34) and the Initial Case Management Order (ECF No. 33) shall remain in full force and effect.

**IT IS SO ORDERED.**

 

**JEFFERY S. FRENSLEY**
**United States Magistrate Judge**