IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MECHANICAL LICENSING COLLECTIVE,<br><br>                               Plaintiff,<br><br>v.<br><br>PANDORA MEDIA, LLC,<br><br>                               Defendant. | Civil Action No. 3:24-cv-00168<br><br>District Judge Eli J. Richardson<br><br>Magistrate Judge Jeffery S. Frensley<br><br>JURY DEMAND |

**ORDER GRANTING JOINT MOTION FOR MODIFICATION OF INITIAL CASE MANAGEMENT ORDER AS AMENDED**

This matter came before the Court based on the Parties' joint motion to bifurcate this action into a liability phase and (should liability be established) a damages phase, for continuance of trial and pretrial deadlines, and for modification of the Initial Case Management Order, as amended (Doc. No. 46; the "Motion").

On March 3, 2025, Judge Richardson granted the parties' requests in the Motion for bifurcation and for a trial continuance, including by rescheduling the jury trial in this case for March 31, 2026, and he referred the request for modification of the Case Management Order to Magistrate Judge Frensley. (Doc. No. 50.)

Having considered all papers filed in support of the Motion and all other pleadings and papers on file herein, and good cause appearing therefrom, the Court concludes, with respect to the parties' request for modification of the Case Management Order:

1. The Court GRANTS the Parties' request to extend the deadlines from the Initial Case Management Order, as amended (ECF Nos. 33, 40, 45), and sets the following new schedule:

| Event | Prior Deadline (ECF No. 45) | New Deadline |
|---|---|---|
| Completion of Fact Discovery | March 14, 2025 | June 27, 2025 |
| Discovery Motions | March 21, 2025 | July 11, 2025 |
| Case Resolution Plan/ Joint Status Reports | March 28, 2025 | July 18, 2025 |
| Expert Disclosure and Affirmative Reports | April 24, 2025 | August 8, 2025 |
| Rebuttal Expert Reports | May 23, 2025 | September 12, 2025 |
| Expert Depositions | June 13, 2025 | October 3, 2025 |
| Dispositive Motions | June 27, 2025 (Moving) July 25, 2025 (Response) August 8, 2025 (Reply) | October 21, 2025 (Moving) November 25, 2025 (Response) December 19, 2025 (Reply)[1] |

    2.    Except for the modifications in this Order, all other provisions of the Initial Case Management Order, as previously amended (ECF Nos. 33, 40, 45), shall remain in full force and effect.

**IT IS SO ORDERED.**

Dated: March 18, 2025

                                   Honorable Jeffery S. Frensley
                                   United States Magistrate Judge

---

[1] This extension conforms to the requirements of LR 16.01(h)(1), as the deadline for reply papers for dispositive motions, December 19, 2025, is more than 90 days prior to the trial date of March 31, 2026.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the foregoing document has been filed with the Court's electronic filing system, which will serve a copy on all counsel of record.

This 17th day of March, 2025.

_____/s/ Jay Bowen_____
Jay Bowen
