IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MECHANICAL LICENSING COLLECTIVE, | ) ) ) |
| Plaintiff(s), | ) ) |
| v. | ) Case No. 3:24-cv-00168 ) Judge Richardson /Frensley ) |
| PANDORA MEDIA, LLC, | ) ) ) |
| Defendant(s) | ) |

## **O R D E R**

A telephone conference is hereby set for August 28, 2025 at 9:30 a.m. to discuss ongoing discovery issues. The parties shall call **1-855-244-8681**, and when prompted for the access code, enter **23139129180#** to participate in the telephone conference. If a party has difficulty connecting to the call or has been on hold for more than five (5) minutes, please call 615-736-7344. In the meantime, the parties shall continue making a good faith effort to resolve the dispute.

**IT IS SO ORDERED.**

_____
JEFFERY S. FRENSLEY
United States Magistrate Judge