MOTION GRANTED.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MECHANICAL LICENSING COLLECTIVE,<br><br>Plaintiff,<br><br>v.<br><br>PANDORA MEDIA, LLC,<br><br>Defendant. | Civil Action No. 3:24-cv-00168<br><br>District Judge Eli J. Richardson<br><br>Magistrate Judge Jeffrey S. Frensley<br><br>JURY DEMAND |

**JOINT MOTION FOR MODIFICATION OF**
**INITIAL CASE MANAGEMENT ORDER, AS AMENDED**

Plaintiff Mechanical Licensing Collective ("The MLC") and Defendant Pandora Media, LLC ("Pandora," and together with The MLC, the "Parties"), pursuant to Federal Rules of Civil Procedure 6(b) and 16(b)(4) and this Court's Initial Case Management Order (ECF No. 33), respectfully submit this Joint Motion for Modification of Initial Case Management Order (the "Joint Motion"). In support of this Joint Motion, the Parties state:

1. On May 24, 2024, Magistrate Judge Frensley entered an Initial Case Management Order (ECF No. 33) (the "ICMO").

2. On May 28, 2024, Judge Richardson entered an Order setting this case for trial and establishing pretrial deadlines (ECF No. 34), and Judge Richardson amended the May 28, 2024 order on March 3, 2025 (ECF No. 50) and July 1, 2025 (ECF No. 60; together with ECF Nos. 34 and 50, the "Scheduling Order").

3. The ICMO was subsequently amended by Orders entered October 16, 2024 (ECF No. 40), January 31, 2025 (ECF No. 45), March 19, 2025 (ECF No. 55), and August 15, 2025 (ECF No. 62).

1

4. This is the fifth request by the Parties for an extension to the deadlines in the ICMO and/or the Scheduling Order.

5. The parties have complied with all deadlines set forth in the ICMO and the Scheduling Order.

6. Currently, September 12, 2025 is the deadline for expert disclosures and affirmative reports. However, due to the need for several supplemental productions, the Parties' require a short extension of the deadline for expert disclosures and affirmative reports in order to incorporate those forthcoming productions.

7. Accordingly, the Parties hereby propose the following modifications to certain deadlines in the IMCO:

| Event | Prior Deadline (ECF No. 62) | New Deadline |
|---|---|---|
| Completion of Document Discovery | June 27, 2025 | June 27, 2025 |
| Completion of Fact Depositions | July 25, 2025 | July 25, 2025 |
| Discovery Motions | August 15, 2025 | August 15, 2025 |
| Case Resolution Plan/ Joint Status Reports | August 22, 2025 | August 22, 2025 |
| Expert Disclosure and Affirmative Reports | September 12, 2025 | September 26, 2025 |
| Rebuttal Expert Reports | October 17, 2025 | October 24, 2025 |
| Expert Depositions | November 7, 2025 | November 14, 2025 |
| Dispositive Motions | December 12, 2025 (Moving) January 23, 2026 (Response) February 20, 2026 (Reply) | December 19, 2025 (Moving) January 23, 2026 (Response) February 20, 2026 (Reply)[1] |

---

[1] This extension conforms to the requirements of LR 16.01(h)(1), as the deadline for reply papers for dispositive motions, February 20, 2026, is more than 90 days prior to the trial date of May 26, 2026. (*See* ECF No. 60.) The Parties are not proposing any changes to the Scheduling Order.

**WHEREFORE**, the Parties respectfully request that the Court modify the ICMO deadlines as set forth above.

Dated: August 29, 2025

Respectfully submitted,

*/s/Benjamin K. Semel (w/permission)*
Benjamin K. Semel (admitted *pro hac vice*)
M. Mona Simonian (admitted *pro hac vice*)
Joshua Weigensberg (N.Y. Bar No. 4894929)
Erik F. Bakke (admitted *pro hac vice*)
**PRYOR CASHMAN LLP**
7 Times Square
New York, New York 10036
Phone: (212) 326-0181
Fax: (212) 798-6326
bsemel@pryorcashman.com
msimonian@pryorcashman.com
jweigensberg@pryorcashman.com
ebakke@pryorcashman.com

*/s/ Jay S. Bowen*
Jay S. Bowen (TN Bar No. 002649)
Jacob T. Clabo (TN Bar No. 36760)
**BUCHALTER, PC**
1 Music Circle South, Suite 300
Nashville, TN 37203
P: (629) 305-9675
jbowen@buchalter.com
jclabo@buchalter.com

*Attorneys For Plaintiff*
*Mechanical Licensing Collective*

*/s/ Benjamin E. Marks (w/permission)*
Benjamin E. Marks (admitted *pro hac vice*)
Todd Larson (admitted *pro hac vice*)
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue, 32nd Fl.
New York, NY 10153
Tel: (212) 310-8000
Benjamin.Marks@weil.com
Todd.Larson@weil.com

*/s/ Crystal L. Weeks (w/permission)*
Crystal L. Weeks (admitted *pro hac vice*)
**WEIL, GOTSHAL & MANGES LLP**
2001 M Street, NW, Suite 600
Washington, DC 20036
Phone: (202) 682-7516
Fax: (202) 857-0940
Crystal.Weeks@weil.com

*/s/ Michael G. Abelow (w/permission)*
Michael G. Abelow (No. 026710)
Micah N. Bradley (No. 38402)
**SHERRARD ROE VOIGT & HARBISON**
1600 West End Ave., Suite 1750
Nashville, TN 37203
Tel: (615) 742-4532
Fax: (615) 742-4539
mabelow@srvhlaw.com
mbradley@srvhlaw.com

*Attorneys for Defendant Pandora Media, LLC*

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that the foregoing document has been filed and served with the Court's electronic filing system, which will serve a copy on all counsel of record on August 29, 2025.

*/s/ Jay S. Bowen*
Jay S. Bowen