IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MECHANICAL LICENSING COLLECTIVE, <br><br> Plaintiff, <br><br> v. <br><br> PANDORA MEDIA, LLC, <br><br> Defendant. | Civil Action No. 3:24-cv-00168 <br><br> District Judge Eli J. Richardson <br><br> Magistrate Judge Jeffery S. Frensley <br><br> JURY DEMAND |

**ORDER GRANTING JOINT MOTION FOR
MODIFICATION OF INITIAL CASE MANAGEMENT ORDER AS AMENDED**

This matter came before the Court based on the Parties' Joint Motion for Modification of Initial Case Management Order and Continuance of Trial and Pretrial Deadlines (Doc. No. 68; the "Motion").

On July 1, 2025, Judge Richardson granted the parties' requests in the Motion for continuances of the trial and pretrial deadlines, including by rescheduling the jury trial in this case for May 26, 2026, and he referred the parties' request in the Motion for modification of the Case Management Order to Magistrate Judge Frensley. (Doc. No. 60.) On August 15, 2025, Magistrate Judge Frensley granted the parties' prior request for modification of the Case Management Order. (Doc. No. 62.)

Having considered all papers filed in support of the Motion and all other pleadings and papers on file herein, and good cause appearing therefrom, the Court concludes, with respect to the parties' request for modification of the Case Management Order:

1

1. The Court GRANTS the Parties' request to extend the deadlines from the Initial Case Management Order, as amended (ECF Nos. 33, 40, 45, 55, 62), and sets the following new schedule:

| Event | Prior Deadline (ECF No. 62) | New Deadline |
|---|---|---|
| Completion of Document Discovery | June 27, 2025 | June 27, 2025 |
| Completion of Fact Depositions | July 25, 2025 | July 25, 2025 |
| Discovery Motions | August 15, 2025 | August 15, 2025 |
| Case Resolution Plan/ Joint Status Reports | August 22, 2025 | August 22, 2025 |
| Expert Disclosure and Affirmative Reports | September 12, 2025 | September 26, 2025 |
| Rebuttal Expert Reports | October 17, 2025 | October 24, 2025 |
| Expert Depositions | November 7, 2025 | November 14, 2025 |
| Dispositive Motions | December 12, 2025 (Moving) January 23, 2026 (Response) February 20, 2026 (Reply) | December 19, 2025 (Moving) January 23, 2026 (Response) February 20, 2026 (Reply)[1] |

2. Except for the modifications in this Order, all other provisions of the Initial Case Management Order, as previously amended (ECF Nos. 33, 40, 45, 55, 62), shall remain in full force and effect.

**IT IS SO ORDERED.**

Dated: __September 2, 2025__

Honorable Jeffery S. Frensley
United States Magistrate Judge

---

[1] This extension conforms to the requirements of LR 16.01(h)(1), as the deadline for reply papers for dispositive motions, February 20, 2026, is more than 90 days prior to the trial date of May 26, 2026.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the foregoing document has been filed and served with the Court's electronic filing system, which will serve a copy on all counsel of record on August 29, 2025.

> */s/ Jay S. Bowen*
> Jay S. Bowen