| | |
|---|---|
| MECHANICAL LICENSING COLLECTIVE, | Civil Action No. 3:24-cv-00168 |
| Plaintiff, | District Judge Eli J. Richardson |
| v. | Magistrate Judge Jeffrey S. Frensley |
| PANDORA MEDIA, LLC, | JURY DEMAND |
| Defendant. | |

**JOINT MOTION FOR CONTINUANCE OF TRIAL AND PRETRIAL DEADLINES
AND MODIFICATION OF INITIAL CASE MANAGEMENT ORDER AS AMENDED**

Plaintiff Mechanical Licensing Collective ("The MLC") and Defendant Pandora Media, LLC ("Pandora"; together with The MLC, the "Parties"), pursuant to Federal Rules of Civil Procedure 6(b) and 16(b)(4), respectfully submit this Joint Motion for Continuance of Trial and Pretrial Deadlines (the "Joint Motion"). In support of this Joint Motion, the Parties state:

1. By this Joint Motion, the Parties respectfully seek a one-month continuance of the trial in this action, and an extension of all upcoming deadlines by approximately one month each.

2. On May 24, 2024, Magistrate Judge Frensley entered an Initial Case Management Order (ECF No. 33) (the "ICMO").

3. On May 28, 2024, Judge Richardson entered an Order setting this case for trial and establishing pretrial deadlines (ECF No. 34), and, on October 16, 2024, March 3, 2025, and July 1, 2025, Judge Richardson amended the May 28, 2024 Order (ECF Nos. 41, 50, 60; collectively, with ECF No. 34, the "Scheduling Order").[1]

---

[1] As the extension requested by the parties affects the deadlines in both the Scheduling Order and the ICMO, and in view of Judge Richardson's and Magistrate Judge Frensley's respective rules, the parties submit this Joint Motion in the first instance to Judge Richardson, with the request that

1

4.      This is the fourth request by the Parties for a continuance of trial and modification of the pretrial deadlines in the Scheduling Order.

5.      The Parties have complied with all deadlines set forth in the Scheduling Order.

6.      In recent weeks, the Parties have appeared before Magistrate Judge Frensley to address various fact discovery disputes, and, to resolve many such disputes, they have agreed to supplemental document productions that are continuing this week, with additional conferral among counsel expected to take place soon thereafter.  However, as a result of the timing of the supplemental productions and other measures intended to resolve their disputes, the Parties will require additional time prior to commencing expert discovery.  Thus, as indicated below, the Parties respectfully request (from Magistrate Judge Frensley) extension of the deadline for expert reports, currently set for September 26, 2025, with attendant extensions of subsequent dates that will affect the trial and pretrial deadlines in the Scheduling Order.

7.      In addition, a key Pandora witness has not been able to sit for his deposition, and remains unavailable, due to an extended medical situation.  The witness is not expected to become available for his deposition until November or December of this year, and thus there is a risk that he may not be deposed sufficiently in advance of the current summary judgment motion deadline of December 19, 2025.

8.      Accordingly, the Parties respectfully request that the Court continue and extend the trial and pretrial deadlines set forth in the Scheduling Order by approximately one month each, as follows:

---

the requested extension to the dates previously set forth in the ICMO, as amended, be referred to Magistrate Judge Frensley.  *See* Practice and Procedure Manual, Judge Eli Richardson, at Sec. IIIA-B; Practice and Procedure Manual, Magistrate Judge Jeffrey S. Frensley, at Sec. IIIB.

| Event | Current Schedule (ECF No. 60) | Proposed New Schedule |
|---|---|---|
| Trial to Commence | May 26, 2026 at 9:00 a.m. | June 29, 2026 at 9:00 a.m. |
| Pretrial Conference | May 15, 2026 at 8:30 a.m. | June 18, 2026 |
| Joint Proposed Pretrial Order, Jury Instructions and Verdict Forms<br><br>Witness and Exhibit Lists Stipulations | May 8, 2026 | June 12, 2026 |
| Motions in Limine<br><br>Motions Objecting to Expert Testimony | May 1, 2026 (Moving)<br>May 8, 2026 (Response) | June 5, 2026 (Moving)<br>June 12, 2026 (Response) |
| Identify and Exchange Exhibits<br><br>Exchange Designations of Portions of Depositions to Be Read into Evidence during Case in Chief | May 1, 2026 | June 5, 2026 |

9. The Parties further respectfully request that the following proposed modifications to the ICMO be referred to Magistrate Judge Frensley for his consideration:

| Event | Prior Deadline (ECF No. 70) | New Deadline |
|---|---|---|
| Completion of Document Discovery | June 27, 2025 | June 27, 2025 |
| Completion of Fact Depositions | July 25, 2025 | August 1, 2025[2] |
| Discovery Motions | August 15, 2025 | August 15, 2025 |
| Case Resolution Plan/ Joint Status Reports | August 22, 2025 | August 22, 2025 |
| Expert Disclosure and Affirmative Reports | September 26, 2025 | October 24, 2025 |

---

[2] As noted above, one Pandora witness still has yet to be deposed as a result of an ongoing medical situation. Additionally, the Parties continue to confer regarding whether The MLC will insist on one or more Pandora witnesses being recalled to continue their depositions, which Pandora opposes. The Parties reserve all rights with respect to this point.

| | | |
|---|---|---|
| Rebuttal Expert Reports | October 17, 2025 | November 21, 2025 |
| Expert Depositions | November 14, 2025 | December 19, 2025 |
| Dispositive Motions | December 19, 2025 (Moving)<br>January 23, 2026 (Response)<br>February 20, 2026 (Reply) | January 30, 2025 (Moving)<br>February 27, 2026 (Response)<br>March 27, 2026 (Reply)[3] |

**WHEREFORE**, the Parties respectfully request that the Court continue and extend the trial date and pretrial deadlines as set forth above, and refer their requested modifications to the ICMO for consideration by Magistrate Judge Frensley.

Dated: September 18, 2025

Respectfully submitted,

<table>
<tr>
<td>

 /s/ *Benjamin K. Semel*
Benjamin K. Semel (admitted *pro hac vice*)
M. Mona Simonian (admitted *pro hac vice*)
Joshua Weigensberg (N.Y. Bar No. 4894929)
Erik F. Bakke (admitted *pro hac vice*)
**PRYOR CASHMAN LLP**
7 Times Square
New York, New York 10036
Phone: (212) 326-0181
Fax: (212) 798-6326
bsemel@pryorcashman.com
msimonian@pryorcashman.com
jweigensberg@pryorcashman.com
ebakke@pryorcashman.com

Jay S. Bowen (TN Bar No. 002649)
Jacob T. Clabo (TN Bar No. 36760)
**BUCHALTER, PC**
1 Music Circle South, Suite 300
Nashville, TN 37203
P: (629) 305-9675
jbowen@buchalter.com
jclabo@buchalter.com

</td>
<td>

 /s/ *Benjamin E. Marks*
Benjamin E. Marks (admitted *pro hac vice*)
Todd Larson (admitted *pro hac vice*)
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue, 32nd Fl.
New York, NY 10153
Tel: (212) 310-8000
Benjamin.Marks@weil.com
Todd.Larson@weil.com

Crystal L. Weeks (admitted *pro hac vice*)
**WEIL, GOTSHAL & MANGES LLP**
2001 M Street, NW, Suite 600
Washington, DC 20036
Phone: (202) 682-7516
Fax: (202) 857-0940
Crystal.Weeks@weil.com

Michael G. Abelow (No. 026710)
Micah N. Bradley (No. 38402)
**SHERRARD ROE VOIGT & HARBISON**
1600 West End Ave., Suite 1750
Nashville, TN 37203
Tel: (615) 742-4532

</td>
</tr>
</table>

---

[3] The requested extension will conform to the requirements of LR 16.01(h)(1), as the proposed deadline for reply papers for dispositive motions, March 27, 2026, is more than 90 days prior to the proposed target trial date of June 29, 2026.

*Attorneys For Plaintiff*
*Mechanical Licensing Collective*

Fax: (615) 742-4539
mabelow@srvhlaw.com
mbradley@srvhlaw.com

*Attorneys for Defendant*
*Pandora Media, LLC*

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that the foregoing document has been filed with the Court's

electronic filing system, which will serve a copy on all counsel of record.

This 18th day of September, 2025.

    /s/ Jay S. Bowen

Jay S. Bowen (TN Bar No. 002649)

6