IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MECHANICAL LICENSING COLLECTIVE, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 3:24-cv-00168 |
| | ) Judge Richardson/Frensley |
| PANDORA MEDIA, LLC, | ) |
| Defendant. | ) |

## ORDER

This matter is now before the Court upon Plaintiff's "Motion to Compel Unredacted Documents." Docket No. 76. Plaintiff has filed two versions of its Supporting Memorandum, a redacted Memorandum (Docket No. 76-1) and a document labeled "Unredacted Memorandum of Law" (Docket No. 78). In fact, Docket Nos. 76-1 and 78 appear to be identical; both are redacted. Because the Court requires an unredacted version in order to properly assess Plaintiff's arguments, Plaintiff must file an unredacted Supporting Memorandum (under seal) no later than December 19, 2025.

**IT IS SO ORDERED.**

_____
**Jeffery S. Frensley**
**United States Magistrate Judge**