**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | |
|---|---|
| MECHANICAL LICENSING COLLECTIVE,<br><br>       Plaintiff,<br><br>v.<br><br>PANDORA MEDIA, LLC,<br><br>       Defendant. | Civil Action No. 3:24-cv-00168<br><br>District Judge Eli J. Richardson<br><br>Magistrate Judge Jeffrey S. Frensley<br><br>JURY DEMAND |

**JOINT MOTION TO EXTEND THE FILING DEADLINE AND PAGE LIMITS**
**FOR DISPOSITIVE MOTION BRIEFING**

Plaintiff Mechanical Licensing Collective ("The MLC") and Defendant Pandora Media, LLC ("Pandora"; together with The MLC, the "Parties") submit this joint motion respectfully requesting the following modifications to the upcoming dispositive motion briefing. The Parties submit that none of the requested changes will impact other deadlines or the trial setting:

1. **Filing Deadlines.** To accommodate scheduling conflicts, the Parties jointly propose the following short extensions of time to file motions for summary judgment and any responses or replies:

| Activity | Current Deadline (Dkt. 75) | Proposed Deadline |
|---|---|---|
| Motions for Summary Judgment | January 30, 2026 | February 5, 2026 |
| Responses in Opposition to Motions for Summary Judgment | February 27, 2026 | March 5, 2026 |
| Replies in Further Support of Motions for Summary Judgment | March 27, 2026 | March 31, 2026 |

1

The requested extension will conform to the requirements of LR 16.01(h)(1), as the proposed deadline for reply papers for dispositive motions, March 31, 2026, is more than 90 days prior to the proposed target trial date of June 30, 2026.

2. **Page Limits.**  Pursuant to the governing Case Management Order (Dkt. 33), the Parties' briefs or memoranda of law in support of or in opposition to a dispositive motion are limited to 25 pages and any replies are limited to 5 pages.  (Dkt. 33, Para. K.)  While the Parties will endeavor to be concise in their briefing, the Parties jointly request an increase in these page limitations as set forth below.  The Parties submit that these proposed new page limitations will better enable a fulsome discussion of the legal and factual issues, including those that may not yet be anticipated in any opposition:

| Brief | Current Page Limit (Dkt. 33, Para. K) | Proposed Page Limit |
|---|---|---|
| Memoranda in Support of Summary Judgment | 25 | 35 |
| Memoranda in Opposition to Summary Judgment | 25 | 35 |
| Replies in Further Support of Summary Judgment | 5 | 20 |

The Parties thus respectfully request an extension to the deadlines to file dispositive motions and subsequent briefing, and an extension to the page limitations for that briefing.

[*Remainder of page intentionally left blank.*]

2

Respectfully submitted,

/s/  Benjamin K. Semel (with permission)
Benjamin K. Semel (admitted *pro hac vice*)
M. Mona Simonian (admitted *pro hac vice*)
Joshua Weigensberg (N.Y. Bar No. 4894929)
Erik F. Bakke (admitted *pro hac vice*)
**PRYOR CASHMAN LLP**
7 Times Square
New York, New York 10036
Phone: (212) 326-0181
Fax: (212) 798-6326
bsemel@pryorcashman.com
msimonian@pryorcashman.com
jweigensberg@pryorcashman.com
ebakke@pryorcashman.com

/s/  Elizabeth O. Gonser
Elizabeth O. Gonser (TN Bar No. 026329)
**RILEY & JACOBSON PLC**
1906 West End Ave.
Nashville, TN 37203
P: (615) 320-3738
egonser@rjfirm.com

*Attorneys For Plaintiff
Mechanical Licensing Collective*

/s/ Benjamin E. Marks (with permission)
Benjamin E. Marks (admitted *pro hac vice*)
Todd Larson (admitted *pro hac vice*)
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue, 32nd Fl.
New York, NY 10153
Tel: (212) 310-8000
Benjamin.Marks@weil.com
Todd.Larson@weil.com

Crystal L. Weeks (admitted *pro hac vice*)
**WEIL, GOTSHAL & MANGES LLP**
2001 M Street, NW, Suite 600
Washington, DC 20036
Phone: (202) 682-7516
Fax: (202) 857-0940
Crystal.Weeks@weil.com

Michael G. Abelow (No. 026710)
Micah N. Bradley (No. 38402)
**SHERRARD ROE VOIGT & HARBISON**
1600 West End Ave., Suite 1750
Nashville, TN 37203
Tel: (615) 742-4532
Fax: (615) 742-4539
mabelow@srvhlaw.com
mbradley@srvhlaw.com

*Attorneys for Defendant
Pandora Media, LLC*

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and exact copy of the foregoing document has been filed with the Clerk of Court using the CM/ECF system, which sent notice of such filing to the parties' counsel of record.

This 20th day of January, 2026.

_____/s/ Elizabeth O. Gonser
Elizabeth O. Gonser