IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| MECHANICAL LICENSING COLLECTIVE, | ) ) ) | |
| Plaintiff, | ) ) | NO. 3:24-cv-00168 |
| v. | ) ) | JUDGE RICHARDSON |
| PANDORA MEDIA, LLC, | ) ) ) | |
| Defendant. | ) | |

## ORDER

Pending before the Court is an "Unopposed Motion for Permission to File Video Exhibits In Support of Or In Opposition to Dispositive Motions" (Doc. No. 100, "Motion") filed by Plaintiff, Mechanical Licensing Collective. Via the Motion, Plaintiff requests "permission to file with the Clerk's office video exhibits in support of and/or in opposition to the Parties' upcoming Motions for Summary Judgment." (Doc. No. 100 at 1).

Being unopposed and otherwise well-taken, the Motion (Doc. No. 100) is **GRANTED**, and Plaintiff is granted leave to manually file the video exhibits described in the Motion.

IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE