IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MECHANICAL LICENSING COLLECTIVE,<br><br>                      Plaintiff,<br><br>v.<br><br>PANDORA MEDIA, LLC,<br><br>                      Defendant. | Civil Action No. 3:24-cv-00168<br><br>District Judge Eli J. Richardson<br><br>Magistrate Judge Jeffrey S. Frensley<br><br>JURY DEMAND |

**PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT ON LIABILITY**

      Pursuant to Federal Rule of Civil Procedure 56 and the Local Rules for the United States District Court for the Middle District of Tennessee, Plaintiff Mechanical Licensing Collective ("Plaintiff") respectfully submits this Motion for Summary Judgment on Liability (this "Motion"). As more fully explained in Plaintiff's accompanying memorandum of law and supporting declarations, summary judgment in Plaintiff's favor on liability is warranted because there is no genuine issue of material fact with respect to the liability of Defendant Pandora Media, LLC ("Defendant") on the cause of action in the Complaint (ECF No. 1), and Plaintiff is entitled to judgment as a matter of law.[1]

      Per the Court's Order on the Joint Motion for Bifurcation, Continuance of Trial and Pretrial Deadlines (ECF No. 50), the Parties are proceeding first with summary judgment solely on the issue of liability, separate from damages. In support of this Motion, Plaintiff relies upon the following:

1) Plaintiff's Memorandum of Law in Support of the Motion for Summary Judgment;

---

[1] Plaintiff also seeks dismissal of Defendant's affirmative defenses of equitable estoppel and waiver, as Defendant admits it does not have any evidence to support those defenses.

2) Plaintiff's Statement of Undisputed Material Facts;

3) Declaration of Benjamin K. Semel;

4) Declaration of Rick Marshall;

5) Declaration of Juan Manuel Serruya; and

6) Declaration of Robin Flynn.

Dated: February 5, 2026

Respectfully submitted,

*/s/ Benjamin K. Semel (w/ permission)*
Benjamin K. Semel (admitted *pro hac vice*)
M. Mona Simonian (admitted *pro hac vice*)
Joshua Weigensberg (N.Y. Bar No. 4894929)
Erik F. Bakke (admitted *pro hac vice*)
**PRYOR CASHMAN LLP**
7 Times Square
New York, New York 10036
Phone: (212) 326-0181
Fax: (212) 798-6326
bsemel@pryorcashman.com
msimonian@pryorcashman.com
jweigensberg@pryorcashman.com
ebakke@pryorcashman.com

*/s/ Elizabeth O. Gonser*
Elizabeth O. Gonser (TN Bar No. 026329)
**RILEY & JACOBSON PLC**
1906 West End Ave.
Nashville, TN 37203
Phone: (615) 320 3738
egonser@rjfirm.com

*Attorneys For Plaintiff*
*Mechanical Licensing Collective*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the foregoing document has been filed with the Court's electronic filing system, which will serve a copy on all counsel of record.

This 5th day of February, 2026.

                                                            */s/ Elizabeth O. Gonser*
                                                            Elizabeth O. Gonser