## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

|  |  |
|---|---|
| **MECHANICAL LICENSING COLLECTIVE,**<br><br>**Plaintiff,**<br><br>v.<br><br>**PANDORA MEDIA, LLC,**<br><br>**Defendant.** | **Civil Action No. 3:24-cv-00168**<br>**JURY TRIAL DEMANDED** |

## DECLARATION OF RICK MARSHALL IN SUPPORT OF
## PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT ON LIABILITY

I, Rick Marshall, hereby declare, pursuant to 28 U.S.C. § 1746, as follows:

1.     I have been employed by the Mechanical Licensing Collective ("The MLC") since August 2021.  I have been the General Counsel since March 2024.  Prior to this role, I held the position of Assistant General Counsel.  I submit this declaration in support of The MLC's Motion for Summary Judgment On Liability.

2.     I am over the age of 18, have personal knowledge of the matters set forth in this declaration, and am competent to testify thereto.  Through my positions at The MLC, I am familiar with the manner and method by which The MLC creates and maintains its business records, including documents such as Notices of License, monthly usage reporting, Records of Use submissions, and other documents related to the blanket license and digital service providers ("DSP") (including all such documents referenced in this declaration).  I could and would testify competently to the information contained herein.

**The MLC Administers The Statutory Blanket License Under 17 U.S.C. § 115(d)**

3.     The MLC was established in 2019 as a not-for-profit corporation, and operates under Section 501(c)(6) of the Internal Revenue Code.  After the passage of the Orrin G. Hatch–Bob Goodlatte Music Modernization Act of 2018 (the "MMA"), The MLC was formed for the express purpose of fulfilling the new role of the "mechanical licensing collective" to administer the statutory "blanket" license ("Blanket License") for certain uses of musical compositions ("songs").[1]

4.     On July 8, 2019, following a public proceeding with broad industry participation, the U.S. Register of Copyrights formally designated The MLC as the sole entity to serve as the mechanical licensing collective.[2]  Pursuant to this designation, The MLC has administered the Blanket License from its availability on January 1, 2021 up to the present.

5.     The MLC administers the Blanket License in compliance with numerous statutory and regulatory rules.  The MLC follows Section 115 of the Copyright Act in administering the scope of the Blanket License.  The rates and terms used to calculate royalties due are established by the Copyright Royalty Board.[3]  The MLC also follows numerous regulations issued by the Copyright Office concerning the submission and acceptance of Notices of License, royalty

---

[1] 17 U.S.C. § 115(d).  A "mechanical" license is a license to reproduce and distribute a song in the form of a physical or digital "phonorecord."  Streams on interactive services are an example of digital phonorecords.  The Blanket License allows DSPs to make and distribute digital phonorecords of every musical work that is eligible for a compulsory mechanical license, subject to the DSP paying royalties and complying with other requirements.  As part of its statutory functions, The MLC disseminates educational information on questions about the Blanket License. *See, e.g.,* "What are mechanical licenses and royalties?", available at https://blog.themlc.com/resources/what-are-mechanical-licenses-and-royalties; "What is the blanket compulsory mechanical license?", available at https://blog.themlc.com/resources/what-is-the-blanket-compulsory-mechanical-license.

[2] 37 C.F.R. § 210.23(a).

[3] 17 U.S.C. §§ 803, 804(b)(4).

reporting, Records of Use and other matters.[4]

6.     The MLC administers the Blanket License for "covered activity" as defined in the statute ("Covered Activity"). Covered Activity is often referred to in shorthand as involving interactive streaming and digital downloads, although the statutory definitions that guide The MLC offer more detail.[5]

7.     Digital music providers (also known as digital service providers or "DSPs") who operate under the Blanket License ("Blanket Licensees") engage with The MLC in connection with a number of requirements, which include filing a Notice of License, submitting monthly reporting concerning their usage of songs, paying monthly royalties, providing other Records of Use to The MLC on request, and more.

8.     The MLC does not require DSPs to use the Blanket License for Covered Activity. The use of the Blanket License is optional for DSPs, and a DSP may instead negotiate voluntary licenses for Covered Activity directly from copyright owners. A DSP that wishes to operate exclusively under voluntary licenses may submit to The MLC a Notice of Nonblanket Activity instead of a Notice of License. The MLC does not collect royalties from DSPs that choose to submit a Notice of Nonblanket Activity instead of availing themselves of the Blanket License.[6] A DSP may also obtain a Blanket License but still negotiate voluntary licenses for *some* of the songs that it uses. In such cases, The MLC administers a process whereby a DSP can identify songs under voluntary license for Covered Activity, and The MLC will carve out the portion of the royalty pool that would have been prorated and paid to those songs from the amounts that The

---

[4] *E.g.*, 37 C.F.R. §§ 210.24 (concerning notice of license), 210.27 (reports of usage), 385.21 (royalty calculations).

[5] 17 U.S.C. § 115(e)(7).

[6] 17 U.S.C. § 115(d)(6)(A); 37 C.F.R. § 210.25.

MLC collects under the Blanket License.[7]

9.     The MLC currently administers the Blanket License for more than fifty DSPs, including Spotify[8], YouTube Music[9], Apple Music, Amazon Music, Tidal, Deezer and others.  A current list of Blanket Licensees is maintained publicly on The MLC's website.[10]

10.     In addition to processing submissions and collecting royalties owed by Blanket Licensees, The MLC administers a database concerning the ownership of songs used by Blanket Licensees, and is responsible to allocate and distribute the royalties that it collects to the songwriters, composers, lyricists, and music publishers to which those royalties are due.

11.     The MLC does not take any commissions from the royalties that it collects and distributes to rightsholders.  The MLC's operating costs are entirely paid from a statutory "administrative assessment" paid by DSPs engaged in Covered Activity, at an amount fixed by the Copyright Royalty Board pursuant to the law.[11]

12.     As discussed further below, The MLC provides multiple notices to Blanket Licensees reminding that they are obligated to accurately report usage and calculate and pay royalties.  Nonetheless, The MLC also "engage[s] in legal and other efforts to enforce rights and

---

[7] 37 C.F.R. § 210.27(g); "Specifications, Templates and Guidelines," available at https://www.themlc.com/specifications-templates-and-guidelines (bottom of page).

[8] In addition to subscription services, Spotify reports its ad-supported streaming service to The MLC as Covered Activity under the Blanket License.  Spotify USA Inc., *Notice of License*, https://www.themlc.com/hubfs/files/dsp/MLC%20NOL%20Sub122.pdf.

[9] In addition to subscription services, YouTube reports its ad-supported streaming service to The MLC as Covered Activity under the Blanket License. Google, LLC (YouTube), *Notice of License*, https://www.themlc.com/hubfs/files/dsp/MLC%20NOL%20Sub46.pdf.

[10] "DSP Notices," available at https://www.themlc.com/dsp-notices.

[11] 17 USC § 115(d)(7); 37 C.F.R. Part 390.

Case 3:24-cv-00168     Document 105     Filed 02/05/26     Page 4 of 21 PageID #: 1061

obligations under" the Blanket License, as directed by statute.[12] These efforts can include raising questions with Blanket Licensees if material anomalies are seen in their reporting, requesting and reviewing additional Records of Use, and following up as necessary to ensure compliance. In the case of Pandora, these efforts have also included bringing this action to recover unpaid royalties.

<u>**Pandora Is A Blanket Licensee For All Three Of Its Streaming Services**</u>

13. Pandora has operated under the Blanket License since the license availability date on January 1, 2021. Pandora filed its Notice of License with The MLC on January 30, 2021.[13] Pandora's correspondence, as well as submissions to The MLC pursuant to federal regulations, have made clear that Pandora offers three streaming services to consumers, and all three involve Covered Activity under the Blanket License.

14. Pandora's Notice of License contained a description of the three streaming services, which included one ad-supported service ("Free Pandora" also referred to as "Pandora Free") and two subscription services ("Pandora Plus" and "Pandora Premium").

15. In the section of the form titled Notice of Covered Activities, Pandora's Notice of License included the following statements about Pandora Free:

> Free Pandora is our ad-supported radio service. As a free listener, you can create stations based off of your favorite artists, songs, and genres. We'll take care of curating the music for you, give us feedback on what you like and don't like by rating using thumbs. You can also enjoy Podcasts, as well as unlock skips and Premium session by listening to ads.

---

[12] This function is included in a list of The MLC's statutory functions. 17 U.S.C. § 115(d)(3)(C)(i)(VIII).

[13] Exhibit 1, January 30, 2021 correspondence from The MLC to Alex Winck, Pandora Head of Royalties, *Notice of License* [e-mail & attachment] (MLC00000335). Because Pandora had been operating under the prior song-by-song compulsory license, it obtained the Blanket License automatically as of the license availability date (17 U.S.C. § 115(d)(9)(A)), but it was nonetheless required to submit a Notice of License to The MLC by February 15, 2021 pursuant to federal regulation (37 C.F.R. § 210.24(g)).

Case 3:24-cv-00168    Document 105    Filed 02/05/26    Page 5 of 21 PageID #: 1062

16.     Later in the Notice of Covered Activities section, Pandora responded to the request to "identify each of the following service types the digital music provider offers, or seeks to offer, **as part of its covered activities**," by selecting the service types, "[s]ubscriptions, Bundles, 'Services available through discounted pricing plans, such as for families or students', **Free-to-the-user services**."[14]

17.     The MLC's Notice of License form includes language in multiple places to ensure that Pandora reviewed and considered the legal obligations of operating under the Blanket License, including that:

- It requires affirmation of Pandora's "good-faith belief, informed by review of relevant law and regulations, that it satisfies all requirements to be eligible for a Blanket License."

- It states prominently near the top that: "You are responsible for compliance with 17 USC 115, 37 CFR Part 210, 37 CFR Part 390, and all other legal requirements in connection with the Blanket License."

- It requires certification that: "I have appropriate authority to submit this Notice of License to the MLC on behalf of [Pandora Media, LLC], and that all information submitted as part of this Notice of License is true, accurate, and complete to the best of my knowledge, information, and belief, and is provided in good faith."[15]

18.     A Pandora representative identified as Senior Counsel, Jaesan Subramaniam, submitted the Notice of License form and signed the certification.[16]

19.     Pandora also received the standard acknowledgment from The MLC upon receipt

---

[14] Exhibit 1 at MLC00000341 (emphases added).

[15] *Id.* at MLC00000337, -340, -345.

[16] *Id.* at MLC00000345.

of a Notice of License, which states, among other things:

> We ask that you please review the information in your Notice again carefully, and contact us immediately if there is any error… You remain responsible for the accuracy of the Notice…  Our acknowledgement of receipt of your Notice, and any subsequent administration of a blanket license covering your activities, is based upon your certification that all of the information provided in your Notice is both accurate and complete; it does not constitute certification or approval by The MLC of the validity or accuracy of the information in your Notice or your eligibility under 17 U.S.C. 115 to submit a Notice and operate under the blanket license.

> Please note that [Pandora] remains obligated to amend the Notice on an ongoing basis as and if needed to maintain its accuracy. In addition, [Pandora] must comply with all applicable statutory and regulatory requirements related to its operation under the blanket license, including but not limited to those with respect to the monthly payment of royalties, the delivery of monthly usage reporting, the collection and delivery of other data to The MLC [and] the maintenance of records of use…

> [Y]our operation under the blanket license is subject to all of the requirements, limitations and conditions in 17 U.S.C. 115 and elsewhere in the law.[17]

20.     Pandora has not filed any substantive amendments to its Notice of License.[18]

**Pandora Has Identified Pandora Free As Being Under The Blanket License**

21.     Pursuant to the law, The MLC has collected usage data and royalty payments from Pandora on a monthly basis.  Like each Blanket Licensee, Pandora must submit to The MLC monthly reports of usage of songs in Covered Activity.  Acceptable formats for this monthly reporting are set forth publicly in detail, and Pandora has used a standard industry data reporting format.[19]

---

[17] *Id.* at MLC00000335.

[18] In July 2025, Pandora filed an amendment solely to change the name of the contact person responsible for managing its Blanket License.

[19] "Specifications, Templates and Guidelines," available at https://www.themlc.com/specifications-templates-and-guidelines.

22.     In its first monthly report of usage, Pandora ████████████████████████████████████

████████████████████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████[20]



23.     Pandora responded: "████████████████████████████████████████████████████

████████████████████████████"[21]  Consistent with this confirmation and its Notice of License,

Pandora ████████████████████████████████████████████████████████████████████████████

████████████████████████████████████████████[22]

---

[20] Exhibit 3, March 4, 2021 correspondence from The MLC to Alex Winck, Pandora Head of Royalties, *Pandora January Usage Rate Validation Flags Triggered* [e-mail] (MLC00002548).

[21] *Id.*  As discussed below, Pandora later changed its reporting for Pandora Plus to be in the rate category of a "Limited Offering."  Exhibit 2, June 9, 2021 correspondence from Alex Winck, Pandora Head of Royalties, to Kristen Johns, Chief Legal Officer at The MLC, *Records of Use Request* [e-mail & attachment] (PANDORA_000008112 at Sheet Name: Pandora Plus, p. 2). Pandora has never claimed that it does not operate a service engaged in Covered Activity under the Free Nonsubscription/Ad-Supported Services category.

[22] As discussed further below, The MLC identified in 2021 that Pandora had not reported all revenues for Pandora Free, and notified Pandora that all Pandora Free revenues must be reported. Pandora responded to The MLC's notice with a letter from counsel contesting liability, after which Pandora ████████████████████████████████.  However, Pandora ████████████████████████████████

24.     The MLC's usage reporting specifications include a form for Pandora to complete its certification that each monthly report of usage is accurate and complete.  The language in the certification form matches the language that Copyright Office regulations require each Blanket Licensee to complete each month.[23]

25.     Pandora also identifies its streaming services in quarterly "Records of Use" requests from The MLC.  The MLC makes these requests pursuant to a federal regulation under which The MLC is entitled to reasonable access to records and documents relating to Blanket Licensee royalty reporting.[24]

26.     The first Records of Use request from The MLC to Pandora ██████████████

███████████████████████████████████████████████████████████

████████████████████████████████████[25]

27.     The attached Records of Use response form ██████████████████████

███████████████████████████████████████████████████████████

████████████████



─────────────────────────

███████████.

[23] *E.g.*, Exhibit 4, Pandora, *Certification of Monthly Reports of Usage* (Oct. 2024); 37 C.F.R. § 210.27(i).

[24] 37 C.F.R. § 210.27(m).  After the passage of the MMA, the Copyright Office held rulemakings and issued numerous regulations to implement the MMA and address the administration of the Blanket License.  These regulations are compiled under 37 C.F.R. Part 210.

[25] Exhibit 2 at PANDORA_000008112.

28. Consistent with its Notice of License ████████████████████████

████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████

████████████████████████████[26]

29. ██████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████

███████████████████████████████████████████████

### <u>The MLC Immediately Identified Problems With Pandora's Royalty Reporting</u>

30. Along with data on songs that were streamed, Pandora's monthly reporting to The MLC includes the data used to calculate the monthly royalties due for each service. Blanket License royalties are calculated under formulas set by the Copyright Royalty Board. These formulas result in a monthly royalty pool for each service offering. That royalty pool gets divided pro rata among the songs streamed that month by the users of that service offering. The royalty pool formulas are calculated using a percentage of service revenues ("Service Provider Revenue") along with other metrics.[27]

31. The result of the formula is the "payable royalty pool," namely the royalty payable

---

[26] *E.g.*, Exhibit 5, Pandora, *Records of Use Q2 2021* (MLC00000490 at Sheet Name: General, p. 1); Exhibit 6, Pandora, *Records of Use Q1 2022* (MLC00000001 at Sheet Name: General, p. 1); Exhibit 7, Pandora, *Records of Use Q3 2022* (MLC00000005 at Sheet Name: General, p. 1).

[27] The royalty pool calculation formula for ad-supported services turns on a "greater of" calculation between (1) a percentage of Service Provider Revenue and (2) a percentage of another defined metric called "TCC." *See* 37 C.F.R. § 385.21, Appendix A at § 385.21. In the case of Pandora Free, ████████████████████████████████████████████████████████████████
████████████████████████. However, as discussed below, Pandora failed to report ████████████
████████████████████████████████████████████████████████████████
████ Thus, regardless of which prong predominated, Pandora's under-reporting directly corresponds to the underpayment of royalties and associated late fees.

by the Blanket Licensee for Covered Activity in connection with the service offering for the respective monthly period. If the Blanket Licensee has entered into voluntary licenses with copyright owners that cover some of this Covered Activity, then The MLC will "carve out" the prorated portion of the payable royalty pool related to these voluntary-licensed uses and will not collect those amounts. 17 U.S.C. § 115(d)(1)(C). With the exception of any amounts deducted in connection with voluntary licenses, the full payable royalty pool must be paid to The MLC by each Blanket Licensee for each of its service offerings. Since The MLC collects and distributes royalties based on the usage reporting submitted by Blanket Licensees, refusal by Pandora to report all Service Provider Revenue, as discussed below, leads directly to its underpayment of royalties due under the Blanket License.

32.     Upon receiving Pandora's monthly usage reporting, The MLC immediately identified concerns with the reporting for Pandora Free. In particular, the amount of Service Provider Revenue reported was unusually low ███████████████████████. To be clear, Blanket License royalties for streaming services are not calculated at a price per stream. Rather, as discussed above, a royalty pool is calculated using a formula that involves a percentage of the Service Provider Revenue from the service. That royalty pool is then prorated among songs based on each song's share of the total streams on the service. Thus, the final royalty per stream can and does vary between services. However, there are typical ranges for royalties on a per stream basis, and the reported royalty pool for Pandora Free ████████████████████████████████ ████████████████████████████████

33.     The MLC reached out to Pandora for an explanation ████████████████████ ████████████████████████████████[28] Pandora first attributed the

---

[28] Exhibit 3 at MLC00002549.

discrepancy ████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████"[29]   However,  even  after  Pandora ███████████████████

██████████████████████████████████████████████ smaller than the average ad-

supported service royalty pool.

34.     The MLC continued to press Pandora for an explanation, and eventually learned

that ███████████████████████████████████████████████████████████

████████████████████████████████████████████ resulting in the under-reporting and

underpayment of royalties.  Pandora instead stated that it was reporting only ██████████████

████████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████[30]

35.     The MLC asked for clarity in its first Records of Use request pursuant to 37 C.F.R.

210.27(m), and Pandora stated the following:

- ████████████████████████████████████████████████████
  ████

████████████████████████████████████████████

████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████[31]

---

[29] *Id*. at MLC00002548.

[30] Exhibit 8, April 6-7, 2021 correspondence from Alex Winck, Pandora Head of Royalties, to The MLC, *Additional funds required* [e-mail] (MLC00000583 at -583).

[31] Exhibit 2 at Sheet Name: Additional Questions, p. 2.

36.     Since, as discussed above, the royalty pool calculation formula for Pandora Free involves a percentage of Service Provider Revenue, Pandora's failure to report all Service Provider Revenue in connection with Pandora Free led directly to underpayment of royalties.

37.     On November 4, 2021, the Chief Legal Officer of The MLC sent notice to Pandora that its usage reporting was not compliant with the Blanket License.[32] The letter included the following:

> Our review indicates that [Pandora Free] enables a user, at any time, to receive transmissions of particular sound recordings selected by the user. While we understand that Pandora refers to some of this on-demand streaming activity within [Pandora Free] by the term "Premium Access interactions," our review indicates that interactive streaming and the ability to select sound recordings on demand is a [Pandora Free] feature that is enabled at all times to users. [Pandora Free] is thus an interactive streaming offering, and the music streams provided to users of [Pandora Free] are Covered Activity subject to Pandora's Section 115 blanket license.
>
> Pandora has confirmed to The MLC that its reporting for [Pandora Free] includes "all plays by all users accessing the free tier." This is appropriate reporting of plays for [Pandora Free] under our review. Pandora has indicated, however, that it is not reporting all revenue received in connection with [Pandora Free]. Instead, Pandora has stated that it is only reporting a subset of revenue received from [Pandora Free], which Pandora describes as revenue "associated with 'Premium Access' interactions." We have concluded that this exclusion of revenue is inappropriate and does not comply with the requirements of Section 115.
>
> Pandora has indicated that it has excluded "revenue derived from non-interactive services on the Free Pandora configuration" because "they are beyond the scope of 17 U.S.C. 115." This is an incorrect statement of the law. As noted above, our review indicates that [Pandora Free] enables all users, at all times, to receive transmissions of particular sound recordings selected by the user. The fact that users of [Pandora Free] may choose to listen to playlists consisting of sound recordings they have not selected does not change the fact that these users have at all times the

---

[32] Exhibit 9, November 4, 2021 correspondence from Kristen Johns, Chief Legal Officer at The MLC, to Alex Winck, Pandora Head of Royalties, *Pandora Media's Royalty Reporting for Free Offering* [letter sent via e-mail] (MLC00000375 at -376-77).

ability to listen, on-demand, to sound recordings that they select. Moreover, these streams of sound recordings on playlists do not qualify as Free Offering streams for licensing under Section 114 and the revenue generated by these streams is not exempt from reporting under Section 115. Instead, our review indicates that [Pandora Free] enables unlimited on-demand streaming on mobile devices and with background listening capacity, making it possibly the most full-featured free interactive streaming offering in the U.S. market. Thus, The MLC concludes that, while Pandora appears to have reported play information correctly, it has not correctly reported royalty payment and accounting information as required pursuant to 37 C.F.R. 210.27(d) or correctly paid royalties to The MLC in connection with [Pandora Free].

Accordingly, we request that Pandora: (i) provide corrected monthly usage reports for all prior usage reporting periods dating back to January 2021 that includes all Service Revenue received, as well as the associated TCC and Performance Royalties payments made, for [Pandora Free] no later than November 15, 2021, (ii) provide all additional royalties due for [Pandora Free] under the corrected reporting as soon as possible, plus all late fees accruing from the dates these additional royalties were initially due pursuant to Section 115(d)(4) and (8)(B) and 37 C.F.R. 210.27(k)(4). … Going forward, Pandora should report its royalty payment and accounting information for [Pandora Free] as discussed herein.

38.     On November 15, 2021, Pandora responded with a letter from its outside counsel Todd Larson of Weil Gotshal & Manges LLP, stating that "Pandora categorically rejects your contentions," and offering a variety of statements, including that "Pandora offers interactive streams to non-subscribers solely in Premium Access sessions," and "[t]o the extent there is an interactive service being offered, it is Premium Access," and "███████████████████ ████████████████████████████████████████████."[33]

39.     Despite these statements about "Premium Access," Pandora had already identified in submissions that ██████████████████████████████████████████

---

[33] Exhibit 10, November 15, 2021 correspondence from Todd Larson, Weil, Gotshal & Manges LLP, counsel for Pandora, to Kristen Johns, Chief Legal Officer at The MLC, *Pandora MLC reporting* [letter sent via e-mail] (MLC00003302 at -3303, -3305).



40.     Following this letter, Pandora ████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████[35]

**Pandora Has Reported Its Pandora Plus Service As A Limited Offering**

41.     In its reporting to The MLC, Pandora has reported Pandora Plus as falling under a particular rate category for subscription services that meet a definition of being a "Limited Offering" (which was renamed "Standalone Limited Offering" for rate periods beginning with January 2023).

42.     Under the Copyright Royalty Board's regulations, a "Limited Offering" is a subscription service for which an end user either "cannot choose to listen to a particular sound

---

[34] Exhibit 5 at Sheet Name: Additional Questions, p. 1.

[35] Exhibit 11, January 27, 2022 correspondence from Alex Winck, Pandora Head of Royalties, to The MLC, *ASoA Meeting* [e-mail] (MLC00000413).

recording" or the catalog of music available to users is "substantially limited" relative to services with a comprehensive catalog.[36]

43.     Subscription services that are not Limited Offerings have a royalty pool calculation formula that includes a "royalty floor" per subscriber, which in the case of Pandora Plus is the "Standalone Portable Subscription Offering" royalty floor, because Pandora Plus is available to use on portable devices.[37]  The application of this per-subscriber royalty floor for Pandora Plus ████████████████████████████████, and thus the classification as a Limited Offering has reduced the royalties that Pandora has reported and paid to The MLC.[38]

44.     ████████████████████████████████████████████████████
████████████████████

████████████████████████████

### While Final Royalty Rates Were Pending, Pandora Had Multiple Opportunities To Cure Its Noncompliance

45.     When The MLC first notified Pandora of its noncompliance, the industry was operating using interim royalty rates and terms after an appellate decision remanded the determination of final royalty rates and terms for 2018-2022 to the Copyright Royalty Board for

---

[36] 37 C.F.R. Part 385, Appendix A at § 385.1 (for the years 2021 and 2022) and 37 C.F.R. § 385.2 (for 2023 and after).

[37] 37 C.F.R. Part 385, Appendix A at § 385.22 (50 cents per subscriber for the years 2021 and 2022) and 37 C.F.R. § 385.21(d) (60 cents per subscriber for 2023 and after); Exhibit 2 at Sheet Name: Pandora Plus, p. 2 (claiming that "[a] subscriber-based royalty floor does not apply to this service configuration based on its classification as a limited offering").

[38] 37 C.F.R. Part 385, Appendix A at § 385.21(b)(3) (for the years 2021 and 2022) and 37 C.F.R. § 385.21(b)(3) (for 2023 and after).

further proceedings.[39]  The Copyright Royalty Board issued its final determination on August 10, 2023.

46.     Since federal regulations provided a six-month grace period before Blanket Licensees were required to report retroactively adjusted usage reporting at the final rates, The MLC communicated a deadline of February 9, 2024 to Blanket Licensees for submitting their retroactive reporting at the final rates and terms.

47.     Between the time of The MLC's initial notice of noncompliance and the date for Pandora to report at the final rates, Pandora declined multiple opportunities to correct deficiencies in past reporting and properly report and pay royalties for its Pandora Free service.  These included filing correct monthly reports of usage, and correcting past reporting through annual reports of usage that must filed with The MLC by six months after the end of each year.

48.     During this time, The MLC communicated with Pandora multiple times about the need to correct its reporting.  On December 20, 2023, I sent correspondence to Pandora stating:

> [A]s has been discussed multiple times, The MLC's position has not changed that Pandora's usage reporting for Free Pandora has been materially deficient due to Pandora's failure to report all usage under the blanket license (including all Plays, Service Provider Revenue, and TCC). Pandora's persistent inaccurate reporting for Free Pandora is a default under the blanket license, and it remains essential for Pandora to cure that default. The MLC expects Pandora to promptly report all revenues, TCC, and plays for Free Pandora to The MLC for all rate periods going forward, and to make required adjustments to past periods.[40]

---

[39] *Johnson v. Copyright Royalty Board*, 969 F.3d 363 (D.C. Cir. 2020).

[40] Exhibit 12, December 20, 2023 correspondence from Rick Marshall to Jaesan Subramaniam, Pandora Associate General Counsel, *Pandora PIII Adjustments* [e-mail] (MLC00002771 at 2771-72).

49.     In keeping with its statutory mandate to distribute royalties to rightsholders, it is The MLC's standard practice to continue to process usage reporting submitted by Blanket Licensees while disputes are pending, and to collect and pay out the royalties that Blanket Licensees report even where The MLC is also pursuing remedies for underpayment. In this way, The MLC maintains as much as it can of the royalty distributions that can be essential to the livelihoods of rightsholders. In the course of this work, members of the DSP Relations team and other staff routinely assist Blanket Licensees with operational and other questions they may have concerning their stated usage reporting, even when The MLC is actively disputing the propriety of that stated reporting. The MLC provided such assistance to Pandora in connection with its retroactive reporting at the final rates and terms. On February 9, 2024, the deadline for retroactive adjustments to the final rates, I sent additional correspondence to Pandora reiterating its obligation to report properly and that The MLC's assistance was in no way an approval of deficient reporting:

> [A]s we have discussed, I must reiterate that Pandora's usage reporting for Pandora Free has been materially deficient due to Pandora's failure to report all usage under the blanket license (e.g., all Plays, Service Provider Revenue, and TCC). The MLC expects Pandora to report all revenues, TCC, and plays for Pandora Free in its Phonorecords III adjustments and for all applicable prior and future rate periods. Any assistance by The MLC to calculate estimated amounts is based solely on the cover sheet figures Pandora provided The MLC and should not in any way be considered approval or acceptance by The MLC of deficient reporting.[41]

50.     On the February 9, 2024 deadline, Pandora reported retroactive adjustments to its Blanket License royalty payments for 2021 and 2022, using the final rates and terms for these periods. These adjustments did not cure the failures to report and pay royalties for all Pandora Free usage in the prior monthly and annual reports.

---

[41] Exhibit 13, February 9, 2024 correspondence from Rick Marshall to Jaesan Subramaniam, Pandora Associate General Counsel, *Hi Rick/ PIII Adjustment Payments* [e-mail] (MLC00000381 at -381).

51.     The MLC filed this action on February 12, 2024.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 4, 2026 at Nashville, Tennessee.

Rick Marshall
General Counsel, The MLC

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the foregoing document has been filed with the Court's

electronic filing system, which will serve a copy on all counsel of record.

This 5th day of February, 2026.


*/s/ Elizabeth O. Gonser*
Elizabeth O. Gonser

Exhibits 1 through 13
to the Declaration of Rick Marshall
are being filed in conjunction with
Plaintiffs' Motion for Leave to File Under Seal.