# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| MECHANICAL LICENSING COLLECTIVE,<br><br>         Plaintiff,<br><br>v.<br><br>PANDORA MEDIA, LLC,<br><br>         Defendant. | Civil Action No. 3:24-cv-00168<br><br>District Judge Eli J. Richardson<br><br>Magistrate Judge Jeffrey S. Frensley<br><br>JURY DEMAND |

## MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL

Pursuant to Local Rule 5.03 and the Stipulated Protective Order (Dkt. 37) (the "Protective Order"), Plaintiff Mechanical License Collective ("The MLC") respectfully moves for leave to file certain documents in support of its Motion for Summary Judgment under seal as set forth below.

These documents: (A) have been designated by Defendant Pandora Media, LLC ("Pandora") as Confidential or Attorneys' Eyes Only under the Protective Order; (B) cite and/or analyze information designated by Pandora as Confidential or Attorneys' Eyes Only under the Protective Order; or (C) have been designated by The MLC as Confidential or Attorneys' Eyes Only under the Protective Order because they contain information subject to regulatory protection from non-disclosure (as discussed below). Section 3 of the Protective Order requires: "A Party wishing to use any Confidential Data designated as 'CONFIDENTIAL' or 'ATTORNEYS' EYES ONLY' in any pleading or filing with the Court in this action shall file it under seal consistent with the provisions of Middle District of Tennessee Local Rule 5.03." (Dkt. 37 at p. 3.)

1

A. **Documents Pandora has Designated as Confidential or Attorneys' Eyes Only**

1. Exhibit 11 to Expert Report of Juan M. Serruya ("Serruya Report") (PANDORA_000067071);
2. Exhibit 12 to Serruya Report (PANDORA_000070938);
3. Exhibit 13 to Serruya Report (PANDORA_000069579);
4. Exhibit 18 to Serruya Report (PANDORA_000064289);
5. Exhibit 21 to Serruya Report (PANDORA_000058968);
6. Exhibit 22 to Serruya Report (PANDORA_000058914);
7. Exhibit 24 to Serruya Report (PANDORA_000067069);
8. Exhibit 27 to Serruya Report (PANDORA_000067651);
9. Exhibit 28 to Serruya Report (PANDORA_000068625);
10. Exhibit 29 to Serruya Report (PANDORA_000069058);
11. Exhibit 31 to Serruya Report (PANDORA_000058383);
12. Exhibit 35 to Serruya Report (PANDORA_000069271);
13. Exhibit 36 to Serruya Report (PANDORA_000069274);
14. Exhibit 37 to Serruya Report (PANDORA_000061647);
15. Exhibit 38 to Serruya Report (PANDORA_000061622);
16. Exhibit 39 to Serruya Report (PANDORA_000061901);
17. Exhibit 43 to Serruya Report (PANDORA_000019841);
18. Exhibit 44 to Serruya Report (PANDORA_000008191);
19. Exhibit 7 to Expert Report of Robin Flynn ("Flynn Report") (PANDORA_000070344);
20. Exhibit 12 to Flynn Report (PANDORA_000029463);
21. Exhibit 16 to Flynn Report (PANDORA_000058914);
22. Exhibit 17 to Flynn Report (PANDORA_000064289);
23. Exhibit 29 to Flynn Report (PANDORA_000016170);

24. Exhibit 30 to Flynn Report (PANDORA_000028744);

25. Exhibit 31 to Flynn Report (PANDORA_000029415);

26. Exhibit 33 to Flynn Report (PANDORA_000056581);

27. Exhibit 34 to Flynn Report (PANDORA_000033934);

28. Exhibit 35 to Flynn Report (PANDORA_000067071);

29. Exhibit 36 to Flynn Report (PANDORA_000031252);

30. Exhibit 37 to Flynn Report (PANDORA_000061647);

31. Exhibit 41 to Flynn Report (PANDORA_000058987);

32. Exhibit 44 to Flynn Report (PANDORA_000020059);

33. Exhibit 45 to Flynn Report (PANDORA_000058885);

34. Exhibit 46 to Flynn Report (PANDORA_000061582);

35. Exhibit 22 to Declaration of Benjamin K. Semel ("Semel Declaration") (PANDORA_000070371);

36. Exhibit 23 to Semel Declaration (PANDORA_000029463);

37. Exhibit 29 to Semel Declaration (PANDORA_000016170);

38. Exhibit 30 to Semel Declaration (PANDORA_000070759);

39. Exhibit 31 to Semel Declaration (PANDORA_000070505);

40. Exhibit 34 to Semel Declaration (PANDORA_000028744);

41. Exhibit 35 to Semel Declaration (PANDORA_000029415);

42. Exhibit 44 to Semel Declaration (PANDORA_000056581);

43. Exhibit 45 to Semel Declaration (PANDORA_000033934);

44. Exhibit 46 to Semel Declaration (PANDORA_000067071);

45. Exhibit 47 to Semel Declaration (PANDORA_000031252);

46. Exhibit 48 to Semel Declaration (PANDORA_000058987);

47. Exhibit 49 to Semel Declaration (PANDORA_000020059);

48. Exhibit 50 to Semel Declaration (PANDORA_000058885);

49. Exhibit 51 to Semel Declaration (PANDORA_000061582);

50. Exhibit 53 to Semel Declaration (PANDORA_000070938);

51. Exhibit 54 to Semel Declaration (PANDORA_000069576);

52. Exhibit 55 to Semel Declaration (PANDORA_000064289);

53. Exhibit 56 to Semel Declaration (PANDORA_000058968);

54. Exhibit 57 to Semel Declaration (PANDORA_000058914);

55. Exhibit 58 to Semel Declaration (PANDORA_000067069);

56. Exhibit 59 to Semel Declaration (PANDORA_000067651);

57. Exhibit 60 to Semel Declaration (PANDORA_000068625);

58. Exhibit 61 to Semel Declaration (PANDORA_000069058);

59. Exhibit 62 to Semel Declaration (PANDORA_000058383);

60. Exhibit 63 to Semel Declaration (PANDORA_000069271);

61. Exhibit 64 to Semel Declaration (PANDORA_000069274);

62. Exhibit 65 to Semel Declaration (PANDORA_000061647);

63. Exhibit 66 to Semel Declaration (PANDORA_000061622);

64. Exhibit 67 to Semel Declaration (PANDORA_000061901);

65. Exhibit 68 to Semel Declaration (PANDORA_000019841);

66. Exhibit 69 to Semel Declaration (PANDORA_000008191);

67. Exhibit 74 to Semel Declaration (PANDORA_000015461); and

68. Exhibit 2 to the Declaration of Rick Marshall (PANDORA_00008112).

**B. Documents that Cite or Discuss Information that Pandora has Designated as Confidential or Attorneys' Eyes Only**

1. Unredacted Memorandum of Law in Support of Plaintiff's Motion for Summary Judgment;

2. Unredacted Statement of Undisputed Material Facts in Support of Plaintiffs' Motion for Summary Judgement;

3. Serruya Report;

4. Exhibit 10 to Serruya Report (Defendant's Responses to First Requests for Admission);

5. Exhibit 15 to Serruya Report (Unredacted Transcript of Nick Marcantonio Deposition taken July 24, 2025);

6. Exhibit 17 to Serruya Report (Unredacted Transcript of Nick Marcantonio Deposition taken July 23, 2025);

7. Exhibit 23 to Serruya Report (Defendant's Responses to Third Set of Interrogatories);

8. Exhibit 25 to Serruya Report (Unredacted Transcript of Kimberly Joe Deposition taken August 1, 2025);

9. Exhibit 26 to Serruya Report (Unredacted Transcript of William Barrows Peale Deposition taken July 25, 2025);

10. Flynn Report;

11. Unredacted Semel Declaration;

12. Exhibit 2 to Semel Declaration (Defendant's Response to First Set of Requests for Admission);

13. Exhibit 3 to Semel Declaration (Defendant's Response to First Set of Interrogatories);

14. Exhibit 4 to Semel Declaration (Defendant's Supplemental Responses to First Set of Interrogatories);

15. Exhibit 5 to Semel Declaration (Defendant's Responses to Second Set of Interrogatories);

16. Exhibit 6 to Semel Declaration (Defendant's Responses to Third Set of Interrogatories);

17. Exhibit 7 to Semel Declaration (Defendant's Amended Responses to Third Set of Interrogatories);

18. Exhibit 8 to Semel Declaration (Unredacted Transcript of Kimberly Joe Deposition taken August 1, 2025);

19. Exhibit 9 to Semel Declaration (Unredacted Transcript of Nick Marcantonio Deposition taken July 23, 2025);

20. Exhibit 10 to Semel Declaration (Unredacted Transcript of Craig McFadden Deposition taken August 13, 2025);

21. Exhibit 11 to Semel Declaration (Unredacted Transcript of William Barrows Peale Deposition taken July 25, 2025); and

22. Exhibit 32 to Semel Declaration (Amended Responses to First Requests for Admission).

### C. Documents that The MLC Designated as Confidential or Attorneys' Eyes Only because they contain information subject to regulatory protection from non-disclosure.

Pursuant to 37 C.F.R. § 210.34, The MLC "shall ensure" that the confidential information of a digital signal processor ("DSP")—like Pandora—not be improperly disclosed or used. 37 C.F.R. § 210.34(a). This "Treatment of confidential and other sensitive information" provision provides limited exceptions for The MLC to disclose such information, including as under a protective order like the one that governs this case and to the Court. 37 C.F.R. § 210.34(c)(4)(iii). (*See* Dkt. 37.) The MLC produced the documents listed below and designated those documents as Confidential, but only because the documents contain information that Pandora may contend falls within the regulation's confidentiality protections. The MLC otherwise takes no position as to whether the documents are to remain under seal.

1. Unredacted Declaration of Rick Marshall ("Marshall Declaration");

2. Exhibit 1 to Marshall Declaration (MLC00000335);

3. Exhibit 3 to Marshall Declaration (MLC00002548);

6

4. Exhibit 4 to Marshall Declaration (Pandora Certification of Monthly Reports of Usage);

5. Exhibit 5 to Marshall Declaration (MLC00000490);

6. Exhibit 6 to Marshall Declaration (MLC00000001);

7. Exhibit 7 to Marshall Declaration (MLC00000005);

8. Exhibit 8 to Marshall Declaration (MLC00000583);

9. Exhibit 9 to Marshall Declaration (MLC00000375);

10. Exhibit 10 to Marshall Declaration (MLC00003302);

11. Exhibit 11 to Marshall Declaration (MLC00000413);

12. Exhibit 12 to Marshall Declaration (MLC00002271); and

13. Exhibit 13 to Marshall Declaration (MLC00000381).

The MLC is also filing a redacted version of the following items on the public docket: (i) the Memorandum in support of Plaintiff's Motion for Summary Judgment (at B.1 above); (ii) the Statement of Material Facts in Support of Plaintiff's Motion for Summary Judgment (at B.2 above); (iii) the Declaration of Benjamin K. Semel (at B.11 above); and (iv) the Declaration of Rick Marshall (at C.1 above).

Dated: February 5, 2026

                Respectfully submitted,

                */s/ Benjamin K. Semel w/permission*
                Benjamin K. Semel (admitted *pro hac vice*)
                M. Mona Simonian (admitted *pro hac vice*)
                Joshua Weigensberg (N.Y. Bar No. 4894929)
                Erik F. Bakke (admitted *pro hac vice*)
                **PRYOR CASHMAN LLP**
                7 Times Square
                New York, New York 10036
                Phone: (212) 326-0181
                Fax: (212) 798-6326
                bsemel@pryorcashman.com
                msimonian@pryorcashman.com
                jweigensberg@pryorcashman.com
                ebakke@pryorcashman.com

                */s/ Elizabeth O. Gonser*
                Elizabeth O. Gonser (TN Bar No. 026329)
                **RILEY & JACOBSON PLC**
                1906 West End Ave.
                Nashville, TN 37203
                P: (615) 320-3738
                egonser@rjfirm.com

                *Attorneys For Plaintiff*
                *Mechanical Licensing Collective*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and exact copy of the foregoing document has been filed with the Clerk of Court using the CM/ECF system, which sent notice of such filing to the parties' counsel of record.

This 5th day of February, 2026.

*/s/ Elizabeth O. Gonser*
Elizabeth O. Gonser