THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MECHANICAL LICENSING COLLECTIVE,<br><br>        Plaintiff,<br><br>v.<br><br>PANDORA MEDIA, LLC,<br><br>        Defendant. | Civil Action No. 3:24-cv-00168<br><br>District Judge Eli J. Richardson<br><br>Magistrate Judge Jeffrey S. Frensley |

**PANDORA MEDIA, LLC'S NOTICE OF CONSTITUTIONAL QUESTION**

Pursuant to Rule 5.1(a) of the Federal Rules of Civil Procedure, Defendant Pandora Media, LLC ("Pandora") hereby files this notice that Pandora's filings in this case "draw into question the constitutionality of a federal … statute." Rule 5.1(a). Specifically, Pandora has argued in its Memorandum of Law in Support of its Motion for Summary Judgment, *see* Dkt. No. 119 at 17-20, that, if and to the extent that 17 U.S.C. § 115(d)(3)(C)(i)(VIII) authorizes the Mechanical Licensing Collective to bring civil enforcement actions such as the one at issue here, § 115(d)(3)(C)(i)(VIII) violates the private nondelegation doctrine, as well as the Appointments Clause of Article II of the U.S. Constitution. *See* Dkt. 119 at 17-20.

Pursuant to Rule 5.1(a)(2), Pandora will serve the Attorney General of the United States with a copy of this Notice and a copy of Pandora's memorandum via certified mail.

Dated: February 6, 2026                                    Respectfully Submitted,

/s/ Benjamin E. Marks

**WEIL, GOTSHAL & MANGES LLP**
Benjamin E. Marks (admitted *pro hac vice*)
Todd Larson (admitted *pro hac vice*)
767 Fifth Avenue, 32nd Fl.
New York, NY 10153
Tel: (212) 310-8000
Benjamin.Marks@weil.com
Todd.Larson@weil.com

Crystal L. Weeks (admitted *pro hac vice*)
Sebastian Laguna (*pro hac vice* pending)
2001 M Street, NW, Suite 600
Washington, DC 20036
Phone: (202) 682-7516
Fax: (202) 857-0940
Crystal.Weeks@weil.com
Sebastian.Laguna@weil.com

**SHERRARD ROE VOIGT & HARBISON, PLC**
Michael G. Abelow (No. 26710)
Micah N. Bradley (No. 38402)
1600 West End Ave., Suite 1750
Nashville, TN 372013
Tel: (615) 742-4532
Fax: (615) 742-4539
mabelow@srvhlaw.com
mbradley@srvhlaw.com

*Counsel for Defendant Pandora Media, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on February 6, 2026, the foregoing was filed with the Court's electronic filing system, which will serve a copy on all counsel of record. Furthermore, as noted above, Pandora will serve a copy of this Notice on the Attorney General of the United States via certified mail.

Dated: February 6, 2026

/s/ *Benjamin E. Marks*

Benjamin E. Marks