# THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| MECHANICAL LICENSING COLLECTIVE,<br><br>                       Plaintiff,<br><br>v.<br><br>PANDORA MEDIA, LLC,<br><br>                       Defendant. | Civil Action No. 3:24-cv-00168<br><br>District Judge Eli J. Richardson<br><br>Magistrate Judge Jeffrey S. Frensley |

## PANDORA MEDIA, LLC'S *DAUBERT* MOTION TO EXCLUDE TESTIMONY OF ROBIN FLYNN

Defendant Pandora Media, LLC ("Pandora"), by and through undersigned counsel, submits this *Daubert* Motion to Exclude the proposed expert report and testimony of Robin Flynn ("Flynn"), a purported expert designated by Plaintiff Mechanical Licensing Collective ("MLC"). As explained in detail in Pandora's accompanying Memorandum of Law, Ms. Flynn is not a qualified expert on the issues in this case, the report does not address topics relevant or useful to the trier of fact in this case, the report is methodologically unreliable and consists of impermissible document narration, and the report contains improper opinions on Pandora's motives, intent, and state of mind.

In support of this motion, Pandora is filing a Memorandum of Law and the following exhibits that are attached to the Declaration of Crystal L. Weeks:

| Exhibit | Exhibit Description |
|---|---|
| A | Expert Report of Robin Flynn and Appendices A-C |
| B | Excerpted Deposition Transcript of Robin Flynn |
| C | Pandora's 2016 Form 10-K |

1

Pandora respectfully requests that this Court exclude the expert report of Robin Flynn and preclude Ms. Flynn from offering any expert testimony in this case.

Dated: February 9, 2026

**WEIL, GOTSHAL & MANGES LLP**

  /s/ Benjamin E. Marks
Benjamin E. Marks (admitted pro hac vice)
Todd Larson (admitted pro hac vice)
767 Fifth Avenue, 32nd Fl.
New York, NY 10153
Benjamin.Marks@weil.com
Todd.Larson@weil.com

Crystal L. Weeks (admitted pro hac vice)
Sebastian Laguna (pro hac vice pending)
2001 M Street NW, Suite 600
Washington, DC 20036
Crystal.Weeks@weil.com
Sebastian.Laguna@weil.com

**SHERRARD ROE VOIGT & HARBISON**

Michael G. Abelow (No. 026710)
Micah N. Bradley (No. 38402)
1600 West End Ave., Suite 1750
Nashville, TN 37203
mabelow@srvhlaw.com
mbradley@srvhlaw.com

*Counsel for Defendant Pandora Media, LLC*

# CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 7.01(a)(1)

Pursuant to Local Rule 7.01(a)(1), counsel for Pandora has conferred with counsel for Plaintiff the Mechanical Licensing Collective ("MLC") regarding Pandora's *Daubert* Motion to Exclude Testimony of Robin Flynn. The MLC responded that they do not consent to relief requested herein.

                                              */s/ Benjamin E. Marks*

# CERTIFICATE OF SERVICE

    I hereby certify that on February 9, 2026, a copy of *Pandora Media LLC's Daubert Motion to Exclude Testimony of Robin Flynn* was filed with the Court's electronic filing system, which will serve a copy on all counsel of record.

**RILEY & JACOBSON PLC**

Elizabeth O. Gonser (TN Bar No. 026329)
1906 West End Ave.
Nashville, TN 37203
P: (615) 320-3738
egonser@rjfirm.com

**PRYOR CASHMAN LLP**

Benjamin K. Semel (admitted *pro hac vice*)
M. Mona Simonian (admitted *pro hac vice*)
Josh Weigensberg (admitted *pro hac vice*)
Erik F. Bakke (admitted *pro hac vice*)
7 Times Square
New York, New York 10036
Phone: (212) 326-0181
Fax: (212) 798-6326
bsemel@pryorcashman.com
msimonian@pryorcashman.com
jweigensberg@pryorcashman.com
ebakke@pryorcashman.com

*Attorneys for Plaintiff Mechanical Licensing Collective*

        */s/ Benjamin E. Marks*