**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | |
|---|---|
| MECHANICAL LICENSING COLLECTIVE, | Civil Action No. 3:24-cv-00168 |
| Plaintiff, | District Judge Eli J. Richardson |
| v. | Magistrate Judge Jeffrey S. Frensley |
| PANDORA MEDIA, LLC, | JURY DEMAND |
| Defendant. | |

### JOINT MOTION FOR A BRIEFING SCHEDULE ON DEFENDANT'S *DAUBERT* MOTION TO EXCLUDE

Plaintiff Mechanical Licensing Collective ("The MLC") and Defendant Pandora Media, LLC ("Pandora"; together with The MLC, the "Parties") submit this joint motion respectfully requesting the Court extend the deadlines provided under the Local Rules and enter the below briefing schedule on Defendant's pending *Daubert* Motion to Exclude Testimony of Robin Flynn (Dkt. 134). The Parties submit that this proposed briefing schedule will not impact other deadlines or the June 30, 2026, trial date:

| Activity | Filing Deadline | Proposed Deadline |
|---|---|---|
| Defendant's *Daubert* Motion to Exclude Testimony of Robin Flynn | Filed on February 9, 2026 (Dkt. 134) | n/a |
| Plaintiff's Response in Opposition to the *Daubert* Motion to Exclude | February 23, 2026 | March 13, 2026 |
| Defendant's Reply in Further Support of the *Daubert* Motion to Exclude | March 2, 2026 | March 30, 2026 |

Respectfully submitted,

/s/ Benjamin K. Semel (with permission)
Benjamin K. Semel (admitted *pro hac vice*)
M. Mona Simonian (admitted *pro hac vice*)
Joshua Weigensberg (N.Y. Bar No. 4894929)
Erik F. Bakke (admitted *pro hac vice*)
**PRYOR CASHMAN LLP**
7 Times Square
New York, New York 10036
Phone: (212) 326-0181
Fax: (212) 798-6326
bsemel@pryorcashman.com
msimonian@pryorcashman.com
jweigensberg@pryorcashman.com
ebakke@pryorcashman.com

/s/ Elizabeth O. Gonser
Elizabeth O. Gonser (TN Bar No. 026329)
**RILEY & JACOBSON PLC**
1906 West End Ave.
Nashville, TN 37203
P: (615) 320-3738
egonser@rjfirm.com

*Attorneys For Plaintiff*
*Mechanical Licensing Collective*

/s/ Benjamin E. Marks (with permission)
Benjamin E. Marks (admitted *pro hac vice*)
Todd Larson (admitted *pro hac vice*)
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue, 32nd Fl.
New York, NY 10153
Tel: (212) 310-8000
Benjamin.Marks@weil.com
Todd.Larson@weil.com

Crystal L. Weeks (admitted *pro hac vice*)
**WEIL, GOTSHAL & MANGES LLP**
2001 M Street, NW, Suite 600
Washington, DC 20036
Phone: (202) 682-7516
Fax: (202) 857-0940
Crystal.Weeks@weil.com

Michael G. Abelow (No. 026710)
Micah N. Bradley (No. 38402)
**SHERRARD ROE VOIGT & HARBISON**
1600 West End Ave., Suite 1750
Nashville, TN 37203
Tel: (615) 742-4532
Fax: (615) 742-4539
mabelow@srvhlaw.com
mbradley@srvhlaw.com

*Attorneys for Defendant*
*Pandora Media, LLC*

<u>**CERTIFICATE OF SERVICE**</u>

**I HEREBY CERTIFY** that a true and exact copy of the foregoing document has been filed with the Clerk of Court using the CM/ECF system, which sent notice of such filing to the parties' counsel of record.

This 18th day of February, 2026.

<u>    /s/ Elizabeth O. Gonser</u>
Elizabeth O. Gonser