# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | |
|---|---|
| MECHANICAL LICENSING COLLECTIVE,<br><br>                Plaintiff,<br><br>v.<br><br>PANDORA MEDIA, LLC,<br><br>                Defendant. | Civil Action No. 3:24-cv-00168<br><br>District Judge Eli J. Richardson<br><br>Magistrate Judge Jeffrey S. Frensley<br><br>JURY DEMAND |

## RESPONSE TO DEFENDANT'S
## MOTION FOR LEAVE TO FILE UNDER SEAL (DKT. 168)

Plaintiff Mechanical Licensing Collective ("The MLC") has reviewed Defendant's Motion to file unredacted versions of the following: (i) Defendant's reply in support of its motion for summary judgment; (ii) the Declaration of Sebastian Laguna ("Laguna Declaration"); (iii) Exhibit A to the Laguna Declaration (Deposition Excerpts of Juan Serruya); (iv) Exhibit B to the Laguna Declaration (Pandora License Agreement with Alpha Pup Records); and (v) Exhibit C to the Laguna Declaration (Pandora License Agreement with UMG). (Dkt. 168.) The MLC does not oppose Defendant's request.

Dated: April 14, 2026

Respectfully submitted,

*/s/ Benjamin K. Semel (w/permission)*
Benjamin K. Semel (admitted *pro hac vice*)
M. Mona Simonian (admitted *pro hac vice*)
Joshua Weigensberg (N.Y. Bar No. 4894929)
Jason E. Sloan (admitted *pro hac vice*)
Erik F. Bakke (admitted *pro hac vice*)
**PRYOR CASHMAN LLP**
7 Times Square
New York, New York 10036
Phone: (212) 326-0181
Fax: (212) 798-6326
bsemel@pryorcashman.com
msimonian@pryorcashman.com
jweigensberg@pryorcashman.com
ebakke@pryorcashman.com


*/s/ Elizabeth O. Gonser*
Elizabeth O. Gonser (TN Bar No. 026329)
**RILEY & JACOBSON, PLC**
1906 West End Ave.
Nashville, TN 37203
P: (615) 320-3738
egonser@rjfirm.com

*Attorneys For Plaintiff*
*Mechanical Licensing Collective*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and exact copy of the foregoing document has been filed with the Clerk of Court using the CM/ECF system, which sent notice of such filing to the parties' counsel of record.

This 14th day of April, 2026.

*/s/ Elizabeth O. Gonser*
Elizabeth O. Gonser