**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

| | |
|---|---|
| MECHANICAL LICENSING COLLECTIVE,<br><br>Plaintiff,<br><br>v.<br><br>PANDORA MEDIA, LLC,<br><br>Defendant. | Civil Action No. 3:24-cv-00168<br><br>District Judge Eli J. Richardson<br><br>Magistrate Judge Jeffrey S. Frensley<br><br>JURY DEMAND |

**MECHANICAL LICENSING COLLECTIVE'S RENEWED MOTION FOR LEAVE TO MAINTAIN CERTAIN DOCUMENTS UNDER SEAL**

Pursuant to Local Rule 5.03 and as directed by the Court's Order entered July 24, 2026, (ECF No. 183), Plaintiff Mechanical Licensing Collective ("The MLC") respectfully moves for an Order: (i) maintaining unredacted versions of certain documents under seal and (ii) placing other documents filed under seal in the public record. The documents discussed below are the subject of The MLC's Motion for Leave to File Documents Under Seal filed February 5, 2026, (ECF. No. 109, "First Motion to Seal") and The MLC's Motion for Leave to File Documents Under Seal filed March 5, 2026, (ECF. No. 156, "Second Motion to Seal.")

**I. Documents to Remain Under Seal**

In its First Motion to Seal and Second Motion to Seal, The MLC requested that the Court place certain unredacted documents under seal. The MLC's requests, renewed by this Motion, are based upon Defendant's contention that the information in the unredacted versions of these documents meets the requisite threshold. (*See* ECF No.. 142, 162.) The MLC does not oppose Defendant's position and submits that Defendant has represented that the proposed redactions are narrowly tailored to address the confidential and competitive business concerns articulated by Defendant. (*See*, e.g., ECF No. 163.)

**a. Redacted Copies Already in the Public Record**

The MLC previously filed redacted copies of the below documents subject of the First Motion to Seal and the Second Motion to Seal:

| ECF No. | Description | ECF No. Redacted Copy |
|---|---|---|
| 110 | Plaintiff's Memorandum of Law in Support of Motion for Summary Judgment on Liability | 117 |
| 111 | Plaintiff's Statement of Undisputed Material Facts | 118 |
| 112 | Declaration of Benjamin Semel in Support of Plaintiff's Motion for Summary Judgment on Liability | 106 |
| 113 | Declaration of Rick Marshall in Support of Plaintiff's Motion for Summary Judgment on Liability | 105 |
| 157 | Plaintiff's Memorandum of Law in Opposition to Defendant's Motion for Summary Judgment | 153 |
| 158 | Plaintiff's Response to Defendant's Statement of Undisputed Material Facts | 154 |

By this Motion, The MLC renews its request that the unredacted copies of the above documents remain under seal.

**b. Redacted Copies Now Filed in the Public Record**

As the Court noted in its July 24, 2026, Order (ECF No. 183), The MLC had not yet filed redacted copies of other documents subject of the First Motion to Seal and Second Motion to Seal. The MLC has worked in concert with Defendant to prepare narrowly-tailored redactions to the documents identified below. The MLC files contemporaneously herewith redacted copies of these documents, the unredacted copies of which The MLC requests the Court to Order remain under seal.

| ECF No. | Description |
|---|---|
| 112-01 | Ex 2 to Semel Declaration – Pandora Request for Admission Response (First) |
| 112-02 | Ex 3 to Semel Declaration – Pandora Interrogatory Response (First) |

| ECF No. | Description |
|---|---|
| 112-03 | Ex 4 to Semel Declaration – Pandora Interrogatory Response (First Supplemental) |
| 112-05 | Ex 6 to Semel Declaration – Pandora Interrogatory Response (Third) |
| 112-06 | Ex 7 to Semel Declaration – Pandora Interrogatory Response (Third Amended) |
| 112-07 | Ex 8 to Semel Declaration – Joe Deposition Transcript |
| 112-08 | Ex 9 to Semel Declaration – Marcantonio Deposition Transcript |
| 112-09 | Ex 10 to Semel Declaration – McFadden Deposition Transcript |
| 112-10 | Ex 11 to Semel Declaration – Peale Deposition Transcript |
| 112-11 | Ex 22 to Semel Declaration – White CRB Testimony |
| 112-12 | Ex 23 to Semel Declaration – Strategy Deck Board Updated |
| 112-14 | Ex 30 to Semel Declaration – Phillips CRB Testimony (2016) |
| 112-15 | Ex 31 to Semel Declaration – Herring Testimony |
| 112-17 | Ex 34 to Semel Declaration – Internal Email Spotify |
| 112-19 | Ex 44 to Semel Declaration – Internal Email DMCA |
| 112-20 | Ex 45 to Semel Declaration – Strategy Deck CEO Offsite |
| 112-21 | Ex 46 to Semel Declaration – Product Req Document |
| 112-22 | Ex 47 to Semel Declaration – Product Deck Dev |
| 112-23 | Ex 48 to Semel Declaration – Deck PA Early Results |
| 112-24 | Ex 49 to Semel Declaration – Internal Email Stats |
| 112-25 | Ex 50 to Semel Declaration – Internal Document Replatforming |
| 112-26 | Ex 51 to Semel Declaration – Witz CRB Testimony |
| 112-27 | Ex 53 to Semel Declaration – Tech Doc Enum |
| 112-28 | Ex 54 to Semel Declaration – Product Doc Competitive |
| 112-29 | Ex 55 to Semel Declaration – Strategy Doc GTM |
| 112-30 | Ex 56 to Semel Declaration – Product Doc Caps |
| 112-31 | Ex 57 to Semel Declaration – Training Doc |
| 112-32 | Ex 58 to Semel Declaration – Product Doc Flex |
| 112-33 | Ex 59 to Semel Declaration – Tech Doc Entitlements |

| ECF No. | Description |
|---|---|
| 112-34 | Ex 60 to Semel Declaration – Tech Doc SDK |
| 112-35 | Ex 61 to Semel Declaration – Tech Doc Use Case |
| 112-36 | Ex 62 to Semel Declaration – Product Doc LTUX |
| 112-37 | Ex 63 to Semel Declaration – MLC Usage Report |
| 112-38 | Ex 64 to Semel Declaration – Tech Doc Spin Types |
| 112-39 | Ex 65 to Semel Declaration – Market Research Wave 30 |
| 112-40 | Ex 66 to Semel Declaration – Peale CRB Testimony |
| 112-41 | Ex 67 to Semel Declaration – Deck ProductScience |
| 112-42 | Ex 68 to Semel Declaration – Market Research Wave 17 |
| 112-43 | Ex 69 to Semel Declaration – Deck Aug. 17, 2020 |
| 112-44 | Ex 74 to Semel Declaration – Internal Doc Royalties |
| 113-02 | Ex 2 to Marshall Declaration – Email Records of Us |
| 113-03 | Ex 3 to Marshall Declaration – Email Usage Validation |
| 113-05 | Ex 5 to Marshall Declaration – Q2 2021 Records of Use |
| 113-06 | Ex 6 to Marshall Declaration – Q1 2022 Records of Use |
| 113-07 | Ex 7 to Marshall Declaration – Q3 2022 Records of Use |
| 113-08 | Ex 8 to Marshall Declaration – Email Funds Required |
| 113-09 | Ex 9 to Marshall Declaration – Letter Royalty Reporting |
| 113-10 | Ex 10 to Marshall Declaration – Letter Pandora MLC reporting |
| 113-11 | Ex 11 to Marshall Declaration – Email ASoA Meeting |
| 113-12 | Ex 12 to Marshall Declaration – Email Pill Adjustments |
| 113-13 | Ex 13 to Marshall Declaration – Email Adjustment Payments |
| 114 | Ex A to Flynn Declaration – Expert Report of Robin Flynn dated October 24, 2025 |
| 114-01 | Ex 7 to Flynn Declaration – CRB Testimony 2021 |
| 114-02 | Ex 12 to Flynn Declaration – Strategy Deck Board Updated |
| 114-03 | Ex 16 to Flynn Declaration – Training Deck PA Bootcamp |
| 114-04 | Ex 17 to Flynn Declaration – Strategy Deck PA GTM |

| ECF No. | Description |
|---|---|
| 114-06 | Ex 30 to Flynn Declaration – Internal Email Spotify |
| 114-08 | Ex 33 to Flynn Declaration – Internal Email DMCA |
| 114-09 | Ex 34 to Flynn Declaration – Strategy Deck CEO Offsite |
| 114-10 | Ex 35 to Flynn Declaration – Product Req Doc |
| 114-11 | Ex 36 to Flynn Declaration – Product Deck Dev |
| 114-12 | Ex 37 to Flynn Declaration – Deck Dec 14 2017 |
| 114-13 | Ex 41 to Flynn Declaration – Deck PA Early Results |
| 114-14 | Ex 44 to Flynn Declaration – Internal Email Stats |
| 114-15 | Ex 45 to Flynn Declaration – Internal Doc Replatforming |
| 114-16 | Ex 46 to Flynn Declaration – Witz CRB Testimony |
| 116 | Ex A to Serruya Declaration – Expert Report of Juan Manual Serruya |
| 116-01 | Ex 10 to Serruya Declaration – Pandora Request for Admission Response (First) |
| 116-02 | Ex 11 to Serruya Declaration – Product Req Doc |
| 116-03 | Ex 12 to Serruya Declaration – Tech Doc Enum |
| 116-04 | Ex 13 to Serruya Declaration – Product Doc Competitive |
| 116-05 | Ex 15 to Serruya Declaration – Marcantonio Deposition Transcript (7.24.25) |
| 116-06 | Ex 17 to Serruya Declaration – Marcantonio Deposition Transcript (7.23.25) |
| 116-07 | Ex 18 to Serruya Declaration – Strategy Doc GTM |
| 116-08 | Ex 21 to Serruya Declaration – Product Doc Caps |
| 116-09 | Ex 22 to Serruya Declaration – Training Doc |
| 116-10 | Ex 23 to Serruya Declaration – Pandora Interrogatory Response (Third) |
| 116-11 | Ex 24 to Serruya Declaration – Product Doc Flex |
| 116-12 | Ex 25 to Serruya Declaration – Joe Deposition Transcript (8.01.25) |
| 116-13 | Ex 26 to Serruya Declaration – Peale Deposition Transcript (7.25.25) |
| 116-14 | Ex 27 to Serruya Declaration – Tech Doc Entitlements |
| 116-15 | Ex 28 to Serruya Declaration – Tech Doc SDK |
| 116-16 | Ex 29 to Serruya Declaration – Tech Doc Use Case |

| ECF No. | Description |
|---|---|
| 116-17 | Ex 31 to Serruya Declaration – Product Doc LTUX |
| 116-18 | Ex 35 to Serruya Declaration – MLC Usage Report |
| 116-19 | Ex 36 to Serruya Declaration – Tech Doc Spine Types |
| 116-20 | Ex 37 to Serruya Declaration – Market Research Wave 30 1 of 3 |
| 116-21 | Ex 37 to Serruya Declaration – Market Research Wave 30 2 of 3 |
| 116-22 | Ex 37 to Serruya Declaration – Market Research Wave 30 3 of 3 |
| 116-23 | Ex 38 to Serruya Declaration – Peale CRB Testimony |
| 116-24 | Ex 39 to Serruya Declaration – Deck ProductScience |
| 116-25 | Ex 43 to Serruya Declaration – Market Research Wave 17 |
| 116-26 | Ex 44 to Serruya Declaration – Deck Aug. 17, 2020 |
| 159 | Ex 1 to Semel Declaration – Joe Deposition Transcript |
| 159-01 | Ex 2 to Semel Declaration – Marcantonio Deposition Transcript |

## II. Documents to be Publicly Filed

After conferring with Defendant, The MLC withdraws its request that the below documents be placed under seal and requests the Court to Order that the documents are placed in the public record:

| ECF No. | Description |
|---|---|
| 112-04 | Ex. 5 to Semel Declaration – Pandora Interrogatory Response (Second) |
| 112-13 | Ex. 29 to Semel Declaration – Ad (Try On-Demand) |
| 112-16 | Ex. 32 to Semel Declaration – Pandora Request For Admission Response (First Amended) |
| 112-18 | Ex. 35 to Semel Declaration – Q1 2018 Earnings call |
| 113-01 | Ex 1 to Marshall Declaration – Email Notice of License |
| 113-04 | Ex 4 to Marshall Declaration – Monthly Usage Report |
| 114-05 | Ex 29 to Flynn Declaration – Ad Try On-Demand |
| 114-07 | Ex 31 to Flynn Declaration – Q1 2018 Earnings Call |

Dated: August 24, 2026

Respectfully submitted,

*/s/ Benjamin K. Semel*
Benjamin K. Semel (admitted *pro hac vice*)
M. Mona Simonian (admitted *pro hac vice*)
Joshua Weigensberg (N.Y. Bar No. 4894929)
Jason E. Sloan (admitted *pro hac vice*)
Erik F. Bakke (admitted *pro hac vice*)
**PRYOR CASHMAN LLP**
7 Times Square
New York, New York 10036
Phone: (212) 326-0181
Fax: (212) 798-6326
bsemel@pryorcashman.com
msimonian@pryorcashman.com
jweigensberg@pryorcashman.com
jsloan@pryorcashman.com
ebakke@pryorcashman.com

*/s/ Elizabeth O. Gonser*
Elizabeth O. Gonser (TN Bar No. 026329)
**RILEY & JACOBSON, PLC**
1906 West End Ave.
Nashville, TN 37203
Phone: (615) 320-3738
Fax: (615) 320-3737
egonser@rjfirm.com

*Attorneys For Plaintiff Mechanical Licensing Collective*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and exact copy of the foregoing document has been filed with the Clerk of Court using the CM/ECF system, which sent notice of such filing to the parties' counsel of record.

This 24th day of August, 2026.

*/s/ Elizabeth O. Gonser*
Elizabeth O. Gonser