IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| MECHANICAL LICENSING COLLECTIVE, | ) | |
| Plaintiff, | ) | CASE NO. 3:24-CV-00168 |
| v. | ) | JUDGE RICHARDSON |
| PANDORA MEDIA, LLC, | ) | |
| Defendant. | ) | |

**ORDER**

Pursuant to Fed. R. Civ. P. 5.1(b) and 28 U.S.C. § 2403(a), the Court hereby certifies to Todd Blanche, Attorney General of the United States, that the constitutionality of 17 U.S.C. § 115(d)(3)(C)(i)(VIII) has been drawn into question by a filing in this case.

The Clerk is directed to serve this Order upon Attorney General Todd Blanche at the U.S. Department of Justice, 950 Pennsylvania Avenue N.W., Washington, D.C. 20530-0001.

IT IS SO ORDERED.

Eli Richardson
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE